UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SYED J. AHMED,          :
                        :
            Plaintiff,  :
                        :   SCHEDULING ORDER
       - v. -           :
                        :   08 Civ. 5683 (SAS)
MICHAEL MUKASEY, et al.,:
                        :
            Defendants. :
------------------------------------------------------------x

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on July 24, 2008 (the "Order"); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)     The date of the conference and the appearances for the parties:

**August 12, 2008.**

**Attorney for Plaintiff: Brian C. Donnard, Plunkett and Donnard, 401 Broadway, Suite 912, New York, NY 10013, 212-219-9866.**

**Attorney for Defendants: Michael J. Garcia, United States Attorney for the Southern District of New York; By: David Bober, Assistant United States Attorney, 86 Chambers Street, 3d Floor, New York, NY 10007, 212-637-2718.**

(2)     A concise statement of the issues as they then appear:

**Plaintiff contends that defendants have unreasonably delayed adjudication of his application for naturalization.**

(3)     A schedule including:

(a)     the names of persons to be deposed and a schedule of planned depositions;

**N/A**

 (b) a schedule for the production of documents;

**N/A**

 (c) dates by which (I) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

**N/A**

 (d) time when discovery is to be completed;

**N/A**

 (e) the date by which plaintiff will supply its pre-trial order matters to defendant;

**N/A**

 (f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

**N/A**

 (g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_(cf 28 at 4 ce_

(4) A statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

**Discovery, if any, shall be limited to the administrative record, which shall be produced within thirty days of either (A) defendants' answer, or, if the defendant moves to dismiss**

the complaint in lieu of answering, (B) the Court's denial of any such motion.

(5)     A statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

N/A

(6)     Anticipated fields of expert testimony, if any;

N/A

(7)     Anticipated length of trial and whether to court or jury;

N/A

(8)     A statement that the Scheduled Order may be altered or amended on ly on a showing of good cause not foreseeable at the time of the conference or when justice so requires

(9)     names, address, phone numbers, and signatures of counsel;

Dated: New York, New York
       August 12, 2008

PLUNKETT & DONNARD

By: _____
BRIAN C. DONNARD, ESQ.
401 Broadway, Suite 912
New York, NY 10013
212-219-9866

Dated: New York, New York
       August 12, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2718

SO ORDERED:
_____
HON. SHIRA A. SCHEINDLIN
United States District Judge

8/12/08